■ In the Matter of ALEXIS S. B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STAZI G.-R., Appellant. [713 NYS2d 889] —Appeal unanimously dismissed without costs as moot (*see, Matter of Alice P.,* 254 AD2d 770). (Appeal from Order of Erie County Family Court, Battle, J.—Placement.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ.